Joel E. Tasca
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
colesm@ballardspahr.com

*Attorneys for Defendant Specialized
Loan Servicing, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHANNA BRUTON, an individual and DANIEL F. ESPY, an individual<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA N.A., a Corporation; SPECIALIZED LOAN SERVICING, LLC, a foreign limited liability Company; and DOES I through X, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-01291-CDS-DJA<br><br><br>STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME TO RESPOND TO COMPLAINT<br><br>(First Request) |

Defendants Specialized Loan Servicing, LLC and Bank of America, N.A. (collectively, "Defendants"), and Plaintiffs Johanna Bruton and Daniel F. Espy ("Plaintiffs") hereby stipulate and agree that Defendants shall have up to and including September 15, 2023, to answer or otherwise respond to Plaintiffs' Complaint.

Defendants seek this extension to provide time to work with Plaintiffs toward an early resolution of this case.

This the first request to this Court for such an extension, and it is made in good faith and not for purposes of delay.

///

///

DMWEST #17703735 v1

DATED this 24th day of August, 2023.

BALLARD SPAHR LLP                          LAW OFFICE OF MICHAEL J. HARKER, ESQ.

By:  /s/ Madeleine Coles                   By:  /s/ Michael J. Harker
Joel E. Tasca                              Michael J. Harker
Nevada Bar No. 14124                       Nevada Bar No. 005353
Madeleine Coles                            2901 El Camino Ave., Suite 200
Nevada Bar No. 16216                       Las Vegas, Nevada 89102
1980 Festival Plaza Drive, Suite 900       (702) 248-3000
Las Vegas, Nevada 89135                    mharker@harkerlawfirm.com

*Attorneys for Defendant Specialized*      *Attorneys for Plaintiffs*
*Loan Servicing, LLC*


AKERMAN LLP


By:  /s/ Scott R. Lachman
Scott R. Lachman
Nevada Bar No. 12016
Ariel E. Stern
Nevada Bar No. 8276
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Defendant Bank of*
*America, N.A.*

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  8/24/2023

2

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070