Joel E. Tasca
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
colesm@ballardspahr.com

*Attorneys for Defendant Specialized Loan Servicing, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHANNA BRUTON, an individual and DANIEL F. ESPY, an individual<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA N.A., a Corporation; SPECIALIZED LOAN SERVICING, LLC, a foreign limited liability Company; and DOES I through X, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-01291-CDS-DJA<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>(Second Request) |

  Defendants Specialized Loan Servicing, LLC and Bank of America, N.A. (collectively, "Defendants"), and Plaintiffs Johanna Bruton and Daniel F. Espy ("Plaintiffs") hereby stipulate and agree that Defendants shall have up to and including September 22, 2023, to answer or otherwise respond to Plaintiffs' Complaint.

  Defendants seek this extension to provide time to continue to work with Plaintiffs toward an early resolution of this case.

  This the second request to this Court for such an extension, and it is made in good faith and not for purposes of delay.

///

///

///

DMWEST #17703735 v1

DATED this 13th day of September, 2023.

| | |
|---|---|
| BALLARD SPAHR LLP | LAW OFFICE OF MICHAEL J. HARKER, ESQ. |
| By: /s/ Madeleine Coles | By: /s/ Michael J. Harker |
| Joel E. Tasca<br>Nevada Bar No. 14124<br>Madeleine Coles<br>Nevada Bar No. 16216<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | Michael J. Harker<br>Nevada Bar No. 005353<br>2901 El Camino Ave., Suite 200<br>Las Vegas, Nevada 89102<br>(702) 248-3000<br>mharker@harkerlawfirm.com |
| *Attorneys for Defendant Specialized Loan Servicing, LLC* | *Attorneys for Plaintiffs* |

AKERMAN LLP

By: /s/ Scott R. Lachman
Scott R. Lachman
Nevada Bar No. 12016
Ariel E. Stern
Nevada Bar No. 8276
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Defendant Bank of America, N.A.*

**ORDER**

IT IS ~~SO~~ ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 9/14/2023

2