MICHAEL J. HARKER, ESQ.
Nevada Bar No. 005353
2901 El Camino Ave., Suite 200
Las Vegas, Nevada 89102
(702) 248-3000
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JOHANNA BRUTON, an individual and
DANIEL F. ESPY, an individual

    Plaintiffs,

vs.

BANK OF AMERICA N.A., a Corporation;
SPECIALIZED LOAN SERVICING LLC., a
limited liability Company, and DOES I
through X inclusive,

    Defendants.

CASE NO: 2:23-cv-01291-CDS-DJA

STIPULATION AND PROPOSED ORDER
EXTENDING TIME TO RESPOND TO
DEFENDANTS' MOTIONS TO DISMISS

(First Request)

    Plaintiffs Johanna Bruton and Daniel F. Espy and Defendants, Specialized Loan Servicing, LLC and Bank of America, N.A. (collectively, "Defendants"), hereby stipulate and agree that Defendants shall have up to and including October 13, 2023 to respond to the Motions to Dismiss filed by the Defendants.

    Plaintiff requests this extension to provide additional time to allow sufficient time to respond to both Motions to Dismiss which were filed by each defendant on the same day.

    This is the first request to this Court for such an extension, and it is made in good faith and not for purposes of delay.

1

bruton.stip10.23.mw.wpd

DATED this 5th day of October, 2023

| BALLARD SPAHR LLP | LAW OFFICE OF MICHAEL J. HARKER, ESQ. |
|---|---|
| By: /s/ Madeleine Coles<br>Joel E. Tasca<br>Nevdada Bar No. 14124<br>Maeleine Coles<br>Nevada Bar No. 16216<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/Michael J. Harker, Esq.<br>Michael J. Harker<br>Nevada Bar No. 5353<br>2901 El Camino Ave #200<br>Las Vegas, Nevada 89102<br>(702) 248-3000<br>mharker@harkerlawfirm.com |
| Attorneys for Defendant Specialized<br>Loan Servicing, LLC | Attorneys for Plaintiffs |

Akerman LLP

By: /s/ Scott Lachman
Scott R. Lachman
Nevada Bar No. 12016
Areil E. Stern
Nevada Bar No 8276
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

Attorneys for Defendant Bank of
America, N.A.

ORDER

IT IS SO ORDERED

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
                      DISTRICT

DATED: October 6, 2023