ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
ANONA SU, ESQ.
Nevada Bar No. 16140
**AKERMAN LLP**
1180 North Town Center Drive, Suite 290
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: scott.lachman@akerman.com
Email: anona.su@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHANNA BRUTON, an individual and DANIEL R. ESPY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., a Corporation; SPECIALIZED LOAN SERVICING LLC, a Limited Liability Corporation, and DOES I through X inclusive;<br><br>Defendants. | Case No.: 2:23-cv-01291-CDS-DJA<br><br>**MOTION TO REMOVE FROM ELECTRONIC SERVICE LIST** |

///

///

///

///

///

///

///

///

1

79770807;1

**AKERMAN LLP**
1180 NORTH TOWN CENTER DRIVE, SUITE 290
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1    **TO:    ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

2        PLEASE TAKE NOTICE that Troy A. Lawrence, Esq. is no longer associated with the law

3    firm of Akerman LLP, and counsel requests that Mr. Lawrence be removed from the service list.

4        Akerman LLP continues to serve as counsel for Bank of America, N.A.  All items, including,

5    but not limited to, pleadings, papers, correspondence, documents and future notices in this action

6    should continue to be directed to Scott Lachman, Esq. and Anona Su, Esq.

7        DATED this 6th day of February 2025.

8                                AKERMAN LLP

9

10                               /s/Anona Su
                                ARIEL E. STERN, ESQ.
                                Nevada Bar No. 8276
11                               SCOTT R. LACHMAN, ESQ.
                                Nevada Bar No. 12016
12                               ANONA SU, ESQ.
                                Nevada Bar No. 16140
13                               1180 North Town Center, Suite 290
                                Las Vegas, NV 89144
14

15                               *Attorneys for Bank of America, N.A.*

16

17   **IT IS SO ORDERED**.

18   DATED: 2/7/2025

19

20   _____

21   DANIEL J. ALBREGTS
     UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

2

79770807;1