# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Johanna Bruton and Daniel F. Espy, | Case No. 2:23-cv-01291-CDS-DJA |
| Plaintiff, | |
| v. | **Order** |
| Bank of America, N.A.; et al., | |
| Defendants. | |

Michael J. Harker, Esq. moves to withdraw his representation of Plaintiffs, explaining that he and his clients have experienced a breakdown in the attorney/client relationship. (ECF No. 42). Harker adds that Plaintiffs have requested the withdrawal and indeed, Plaintiffs previously filed a motion pro se seeking additional time to retain new counsel. (ECF No. 38).

**IT IS THEREFORE ORDERED** that Michael J. Harker, Esq.'s motion to withdraw (ECF No. 42) is **granted**. The Clerk of Court is kindly directed to remove Michael J. Harker, Esq. as counsel of record and from the electronic service list for this case.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add Plaintiffs' last known address to the civil docket and send a copy of this order to Plaintiffs' last known address:

**Johanna Bruton and Daniel R. Espy**
2825 Dotted Wren Ave.,
N. Las Vegas, NV 89084

DATED: April 23, 2026,

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE