UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Johanna Bruton, et al.,<br><br>Plaintiffs<br><br>v.<br><br>Specialized Loan Servicing LLC,<br><br>Defendant | Case No. 2:23-cv-01291-CDS-DJA<br><br>**Order Directing Plaintiffs to File an Amended Complaint** |

Following the Ninth Circuit's partial reversal and remand of this matter, I referred the parties to a settlement conference before the magistrate judge. ECF No. 41. On August 24, 2026, the magistrate judge reported that the settlement discussions were unsuccessful. ECF No. 46. Accordingly, in compliance with the Ninth Circuit's mandate, the plaintiffs are permitted an opportunity to amend as to their Truth in Lending Act claims.

It is therefore ordered that the plaintiffs must file a first amended complaint consistent with the Ninth Circuit's memorandum by September 15, 2026. Any responsive pleading is due 14 days after service of the plaintiffs' amended complaint.

Dated: August 25, 2026

Cristina D. Silva
United States District Judge