Abran E. Vigil, Esq.
Nevada Bar No. 7548
Scot L. Shirley, Esq.
Nevada Bar No. 15326
Robert S. Teuton, Esq.
Nevada Bar No. 16761
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
Tel: (702) 471-7000
Fax: (702) 471-7070
vigila@ballardspahr.com
shirleys@ballardspahr.com
teutonr@ballardspahr.com

*Attorneys for Defendants Specialized Loan Servicing LLC, Newrez LLC d/b/a Shellpoint Mortgage Servicing, and The Bank Of New York Mellon f/k/a The Bank of New York*

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

JOHANNA D. BRUTON and DANIEL F. ESPY,

Plaintiffs,

vs.

SPECIALIZED LOAN SERVICING LLC; NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING; AND THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, solely in its asserted capacity as Indenture Trustee for CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-C,

Defendants.

Case No.: 2:23-cv-01291-CDS-EJY

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS NEWREZ, LLC AND THE BANK OF NEW YORK MELLON'S RESPONSE TO SECOND AMENDED COMPLAINT**

**WHEREAS**, Plaintiffs Johanna D. Bruton and Daniel F. Espy ("Plaintiffs") filed the Second Amended Complaint in the above-captioned action on September 8, 2026 (Dkt. No. 53);

Pursuant to LR IA 6-1 Plaintiffs stipulate with Defendants Newrez LLC d/b/a Shellpoint Mortgage Servicing ("Newrez") and The Bank of New York Mellon f/k/a The Bank Of New York ("BNYM") to enlarge the time for Newrez to respond to Plaintiff's

Second Amended Complaint. The reason for this stipulation is to harmonize the response deadlines for Newrez and Defendant The Bank of New York Mellon ("BNYM") to the same date of November 3, 2026, based on Plaintiff's filed declaration of service on October 27, 2026, stating that the Second Amended Complaint was served on Newrez on October 8, 2026, and BNYM on October 13, 2026.

**IT IS FURTHER STIPULATED AND AGREED** that Newrez was served with the Summons and Second Amended Complaint on October 8, 2026, and that BNYM was served with the Summons and Second Amended Complaint on October 13, 2026.

(Continued on Next Page)

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

**IT IS FURTHER STIPULATED AND AGREED** that Newrez and BNYM shall have up to and including November 3, 2026, to respond to the Second Amended Complaint. The parties reserve all rights and objections and have not previously stipulated or moved to extend Newrez and BNYM's response deadline.

**IT IS SO STIPULATED.**

Dated: October 29, 2026.

JOHANNA BRUTON, Plaintiff

By: */s/ JoHanna Bruton*
JoHanna Bruton

*Plaintiff, Pro Se*

DANIEL ESPY, Plaintiff

By: */s/ Daniel Espy*
Daniel Espy

*Plaintiff, Pro Se*

Dated: October 29, 2026.

BALLARD SPAHR LLP

By: */s/ Abran E. Vigil*
Abran E. Vigil, Esq.
Nevada Bar No. 7548
Scot L. Shirley, Esq.
Nevada Bar No. 15326
Robert S. Teuton, Esq.
Nevada Bar No. 16761
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
Tel: (702) 471-7000
vigila@ballardspahr.com
shirleys@ballardspahr.com
teutonr@ballardspahr.com

*Attorneys for Defendants Specialized Loan Servicing LLC, Newrez LLC d/b/a Shellpoint Mortgage Servicing, and The Bank Of New York Mellon f/k/a The Bank of New York*

**IT IS SO ORDERED.**

United States Magistrate Judge

DATED: October 29, 2026

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070